191 F.2d 855
 Peter DURYEE, Trustee of the Property of The New Jersey and
New York Railroad Company, Plaintiff-Appellant,
v.
ERIE RAILROAD COMPANY, John A. Hadden, C. E. Denney and
Robert E. Woodruff, Defendants-Appellees.
 No. 11309.
 United States Court of Appeals Sixth Circuit.
 Oct. 19, 1951.
 
 Stanley, Smoyer & Schwartz, Cleveland, Ohio, Richard Swan Buell, New York City, for appellant.
 Andrews, Hadden & Putnam, Cleveland, Ohio, John A. Hadden, Cleveland, Ohio, for appellee.
 Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.
 PER CURIAM.
 
 
 1
 The above cause coming on to be heard upon the transcript of the record, t briefs of the parties, and the argument of counsel in open court, and the court being duly advised,
 
 
 2
 Now, therefore, it is ordered, adjudged, and decreed that the judgment appealed from be and is hereby affirmed for the reasons stated in the opinion of the District Court. 91 F.Supp. 1009.